IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| KURT M. KELLEHER, | ) | CASE NO. 14 B 27999 |
| | ) | |
| | ) | HONORABLE JUDGE BLACK |
| DEBTOR. | ) | (JOLIET) |

## NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the 8th day of August, 2014 at 9:15 A.M. or as soon thereafter as Counsel may be heard, I shall appear before the Honorable Judge Black at the Joliet City Hall, 150 W. Jefferson Street, Joliet, Illinois, and then and there present the attached MOTION TO CLOSE CASE, at which time you may appear if you so desire.

**KURT M. KELLEHER**, Debtor

BY   /S/ CHRIS D. ROUSKEY
CHRIS D. ROUSKEY
ROUSKEY AND BALDACCI
151 SPRINGFIELD AVENUE
JOLIET, ILLINOIS 60435
815-741-2118
IL REGISTRATION NO. 03123595

STATE OF ILLINOIS   )
                    )SS.   **CERTIFICATE OF SERVICE**
COUNTY OF WILL      )

The Undersigned, an Attorney, certifies that he served a copy of the foregoing pleadings upon the above-named parties by causing the same to be mailed via First Class U.S. Mail, postage prepaid, at Joliet, Illinois on the 31st day of July, 2014.

/S/ CHRIS D. ROUSKEY
CHRIS D. ROUSKEY
ROUSKEY AND BALDACCI
151 SPRINGFIELD AVENUE
JOLIET, ILLINOIS 60435
815-741-2118
IL REGISTRATION NO. 03123595

SERVICE LIST

Mr. Peter Metrou
UNITED STATES TRUSTEE
123 W. Washington Street, #212
Oswego, IL 60543

U.S. BANK, N.A.
C/O CODILIS & ASSOCIATES
15W030 N. Frontage Road, #100
Burr Ridge, IL 60527

BOILERMAKERS NATIONAL
ANNUITY TRUST
C/O PRUDENTIAL RETIREMENT
Post Office Box 8000
Millville, NJ 08332

ILLINOIS DEPARTMENT OF REVENUE
Bankruptcy Section
Post Office Box 64338
Chicago, IL 60664

APRIA HEALTHCARE
C/O CareCenter
Post Office Box 277947
Atlanta, GA 30384

JOLIET RADIOLOGICAL SERVICE CORP.
36910 Treasury Center
Chicago, IL 60694

JOLIET RADIOLOGICAL S.C.
C/O ATG CREDIT
Post Office Box 14895
Chicago, IL 60614

PHYSICIANS IMMEDIATE CARE-CHICAGO
Post Office Box 544
Department 5390
Milwaukee, WI 53201

ASSOCIATED ANESTHESIOLOGISTS
JOLIET
C/O CHASE RECEIVABLES
Post Office Box 159
Hawthorne, NY 10532

ASSOCIATED ANESTHESIOLOGIST JOLIET
Patient Accounts - General Counsel
804 Scott Nix Memorial Drive
Augusta, GA 30907

NUWAVE MONITORING
2024 Hickory Road, #301
Homewood, IL 60430

PRESENCE ST. JOSEPH MEDICAL
CENTER
C/O CREDITORS COLLECTION BUREAU
Post Office Box 63
Kankakee, IL 60901

QUEST DIAGNOSTICS
C/O CREDIT COLLECTION SERVICES
2 Wells Avenue
Newton, MA 02459

VISA
Post Office Box 4521
Carol Stream, IL 60197

MACY'S DEPARTMENT STORES
NATIONAL BANK
Post Office Box 689195
Des Moines, IA 50368

EMP OF WILL COUNTY
C/O ESCALLATE, LLC
Post Office Box 63096
Cincinnati, OH 45263

JASON S. NYKAZA, RSA
21200 S. LaGrange Road, #322
Frankfort, IL 60423

ISSAN HEALTH CARE GROUP, LTD.
2835 Paysphere Circle
Chicago, IL 60674

PRESENCE ST. JOSEPH MEDICAL
CENTER
Patient Financial Services
1643 Lewis Avenue, #203
Billings, MT 59102

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| KURT M. KELLEHER, | ) | CASE NO. 14 B 27999 |
| | ) | |
| | ) | HONORABLE JUDGE BLACK |
| DEBTOR. | ) | (JOLIET) |

**MOTION TO CLOSE CASE**

TO: THE HONORABLE JUDGE OF THIS COURT

    NOW COMES THE DEBTOR, KURT M. KELLEHER, by and through his Attorneys, ROUSKEY AND BALDACCI by CHRIS D. ROUSKEY, and in support of his Motion to Close Case states to this Honorable Court as follows:

    1. That on July 28, 2014, the Debtor, KURT M. KELLEHER, retained Attorney Chris D. Rouskey to represent him in regards to the filing of a Petition for Relief under Chapter 7 of the United States Bankruptcy Code.

    2. That on July 30, 2014 at approximately 8:40 P.M., Attorney Chris D. Rouskey commenced the electronic filing of all of the documents required to be filed to open the Debtor, KURT M. KELLEHER'S, case.

    3. That shortly after beginning the electronic filing of the Debtor, KURT M. KELLEHER'S, case documents, the computer system of Attorney Chris D. Rouskey shut down and completely turned itself off, after which said system was unable to be restarted.

    4. That as a result of the above, Attorney Chris D. Rouskey reasonably believed that the Debtor, KURT M. KELLEHER'S, documents had not been filed and that the case was not opened.

    5. That immediately upon his return to his office on July 31, 2014, Attorney Chris D. Rouskey electronically filed the Debtor, KURT M. KELLEHER'S, case documents, and said case was opened and assigned Case No. 14-28012.

-1-

6. That given the urgency caused by a pending Sheriff's Sale scheduled for July 31, 2014 at 12:00 P.M. in Will County Circuit Court Case No. 2012 CH 4259, Attorney Chris D. Rouskey immediately notified the Attorney representing the lender in said foreclosure proceeding of the automatic stay imposed as a result of the filing of the Debtor, KURT M. KELLEHER'S, Petition for Relief under Chapter 7 citing Case No. 14-28012.

7. That subsequent to the filing of Case No. 14-28012 on July 31, 2014 and notification being sent to the Attorney for the lender in the pending foreclosure proceeding, Attorney Chris D. Rouskey determined that the Debtor, KURT M. KELLEHER'S, Voluntary Petition only had in fact been filed prior to his computer system shutdown on July 30, 2014 and, as a result, the Petition was assigned the instant case number.

8. That the requisite filing fee for said case filing has been paid under Case No. 14-28012.

WHEREFORE, the Debtor, KURT M. KELLEHER, respectfully prays this Honorable Court for the entry of an Order closing the instant Chapter 7 case and allowing the Debtor, KURT M. KELLEHER, to proceed under Case No. 14-28012, and for such other and further relief as this Honorable Court deems appropriate under the circumstances.

Respectfully Submitted,

**KURT M. KELLEHER**, Debtor

BY  /S/
    **CHRIS D. ROUSKEY**
    ROUSKEY AND BALDACCI
    151 SPRINGFIELD AVENUE
    JOLIET, ILLINOIS 60435
    815-741-2118
    IL REGISTRATION NO. 03123595