UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: <br> KURT M. KELLEHER, <br><br><br><br><br> Debtor(s) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | BK No.:  14-27999 <br><br> Chapter:  7 <br> Honorable Bruce W. Black <br> Joliet |

## ORDER GRANTING DEBTOR'S MOTION TO CLOSE CASE

THIS MATTER COMING ON FOR HEARING ON THE MOTION TO CLOSE CASE FILED HEREIN BY THE DEBTOR, KURT M. KELLEHER, DUE NOTICE HAVING BEEN GIVEN; AND THIS HONORABLE COURT BEING FULLY ADVISED IN THE PREMISES; IT IS HEREBY ORDERED THAT THE MOTION TO CLOSE CASE FILED HEREIN BY THE DEBTOR, KURT M. KELLEHER, IS GRANTED.

Enter: *Bruce W. Black*

Dated: August 08, 2014

United States Bankruptcy Judge

**Prepared by:**
CHRIS D. ROUSKEY
ROUSKEY AND BALDACCI
151 SPRINGFIELD AVENUE
JOLIET, ILLINOIS 60435
815-741-2118
IL REGISTRATION NO. 03123595